UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22283-CIV-GAYLES/REID

**CHRISTOPHER M. GORDON,**

       **Petitioner,**

v.

**STATE OF FLORIDA,**

       **Respondent.**

                                              /

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge (the "Report") [ECF No. 5]. Petitioner filed a *pro se* petition for writ of habeas corpus, which the Court construes as a petition filed pursuant to 28 U.S.C. § 2241, challenging his continued detention at the Metro West Detention Center following a criminal conviction in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. [ECF No. 1]. The matter was referred to Magistrate Judge Reid for a ruling on all pre-trial non-dispositive matters and for a Report and Recommendation on any dispositive matters. [ECF No. 2]. Judge Reid's Report recommends that the Court dismiss the petition as moot as Petitioner is no longer being held at the Metro West Detention Center.[1] Petitioner has failed to timely object to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the

---

[1] As set forth in the Report, Petitioner has also been charged in a federal criminal case in this district, *United States v. Gordon*, 19-20694-CR-MOORE. A writ of *habeas corpus ad prosequendum* was issued to obtain the presence of Petitioner in federal court. On May 29, 2020, Petitioner was arraigned in federal court and held in detention pending trial. Petitioner is currently in custody at the Miami Federal Detention Center.

party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the record and finds no clear error with Judge Reid's well-reasoned analysis and conclusion that the Petition should be dismissed as moot. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report [ECF No. 5] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Petitioner's Petition for Habeas Corpus Relief [ECF No. 1] is **DISMISSED as MOOT**;

(3) No certificate of appealability shall issue; and

(4) This case shall be **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of October, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE